UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
ARQUIMIDEZ ALEJANDRO NARCIOZO, :
a/k/a Jaime, a/k/a Jimmy, individually and on :
behalf of others similarly situated, :
:
                    Plaintiff, : **ORDER**
:
      -v- : 18-CV-11620 (GHW) (JLC)
:
NY STRAWBERRY DELI CORP. f/d/b/a 14 :
Organic Gourmet Food, WS SUPER DELI, INC. :
d/b/a Strawberry Deli f/d/b/a Dolphin's Gourmet :
Deli, HIGH END DELI CORP. d/b/a/ Chelsea :
Square Market, ADEL HADI, HASSAN SALEH :
a/k/a Hassan Ahmed, and OMAR AHMED, :
:
                    Defendants. :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/19/2020

**JAMES L. COTT, United States Magistrate Judge.**

      By Amended Order of Reference dated March 4, 2020 (Dkt. No. 56), Judge Woods referred this case to me for settlement. The parties are directed to advise the Court within 30 days of this Order when they wish to schedule a settlement conference. The parties should do so by filing a letter-motion on the docket that indicates at least three dates that are mutually convenient for the parties. Alternatively, counsel are free to e-mail my deputy clerk, David Tam, at David_Tam@nysd.uscourts.gov to find a mutually convenient date for the parties and the Court. Unless circumstances permit otherwise, the Court will plan to hold the settlement conference by telephone rather than in person. The Court will reach out to counsel by telephone the week before the conference (once their *ex parte* settlement letters have been submitted) to discuss the logistics of the conference as well as the parties' respective settlement positions.

      **SO ORDERED.**

Dated: March 19, 2020
       New York, New York

                                              _____
                                              JAMES L. COTT
                                              United States Magistrate Judge